UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

v.

)
)
)  NO. 1:10-CV-299 _____DEPT. CLERK
)  (To be assigned by the Clerk's Office.
)  Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, _Charles O. Toney JR_, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

| PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA ||
|---|---|
| NAME (First Middle Last): Charles O Toney Jr | YEAR OF BIRTH: |
| SOCIAL SECURITY NUMBER (last 4 digits only): 1193 | PHONE NOS.: 903-6958 |
| HOME ADDRESS: 5606 Pinelawn Ave | HOW LONG AT CURRENT ADDRESS? 4 yrs |
| OWN OR RENT? Own ||
| MARITAL STATUS: Married ||
| NAME AND ADDRESS OF CURRENT EMPLOYER: Creative Cuts 2604 E. Main St. ||
| TELEPHONE NUMBER OF EMPLOYER: 423-903-6958 ||
| HOW LONG AT CURRENT EMPLOYMENT? 2 yrs ||
| OCCUPATION (Describe what you do): Barber (Seasonal) ||

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:                                    NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: 9-28-10

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: $800.00

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [ ] Yes | [X] No |

If YES, state the source and amount:

## ASSETS:
LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** | $ |
| _____ | |
| _____ | |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** | $ |
| _____ | |
| _____ | |
| STOCKS AND BONDS | $ |
| REAL ESTATE–CURRENT FAIR MARKET VALUE (List Locations Below) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL REAL ESTATE** | $ |

| VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize) | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL PERSONAL PROPERTY** | $_____ |

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| 1994 Trx | | $ 5000.00 |
| | | $_____ |
| | | $_____ |
| | **TOTAL VALUE OF MOTOR VEHICLES** | $5000 |

| DEBTS OWED TO YOU (Give Name of Debtor) | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL DEBTS OWED TO YOU** | $_____ |

| OTHER ASSETS (ITEMIZE) | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL OTHER ASSETS** | $_____ |

**TOTAL OFF ALL ASSETS:** $ 5000.00

| LIABILITIES |
| --- |
| **(DO NOT INCLUDE ACCOUNT NUMBERS)** |

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_____ $ _____

_____ $ _____

_____ $ _____

**TOTAL LOANS PAYABLE TO BANKS** $ _____

| | |
| --- | --- |
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____ $ _____

_____ $ _____

_____ $

**TOTAL LIABILITIES** $ _____

Page 6 of 10

Case 1:10-cv-00299-HSM-WBC Document 1 Filed 11/03/10 Page 6 of 10 PageID #: 6

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ] MORTGAGE PAYMENT (check one) | $ | $ |
| ELECTRICITY | $ 200 00 | $ |
| WATER | $ 100 00 | $ |
| GAS | $ | $ |
| TELEPHONE | $ 75 00 | $ |
| FOOD | $ 150 00 | $ |
| ALIMONY | $ — | $ |
| CHILD SUPPORT | $ 45 weekly | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ — | $ |
| AUTOMOBILE NOTE | $ — | $ |
| AUTOMOBILE INSURANCE | $ 138 00 | $ |
| AUTOMOBILE REPAIRS | $ — | $ |
| GASOLINE | $ 100 MO | $ |
| FURNITURE NOTE | $ — | $ |
| CLOTHING | $ — | $ |
| CABLE TELEVISION | $ — | $ |
| LIFE INSURANCE | $ 65 00 | $ |
| HOSPITALIZATION INSURANCE | $ — | $ |
| DOCTORS | $ — | $ |
| DRUGS | $ — | $ |
| CREDIT CARDS | $ — | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ — | $ |
| TAXES | $ — | $ |
| ANY OTHER EXPENSES (LIST) | | |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **TOTAL EXPENSES** | | $ 873 |

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)    YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)    PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages    $_____

    Commissions    $_____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)    $_____

    **TOTAL:**    $_____

Page 8 of 10

Case 1:10-cv-00299-HSM-WBC  Document 1  Filed 11/03/10  Page 8 of 10  PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                Age:              Relationship:         Living With Whom?

LT III                17                Son                   Mother

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $ 250.00

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                 $ 250.00

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_11-3-10_
DATE

_[signature]_
SIGNATURE

Created:    January 31, 2007
IPF Application.wpd