UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CHARLES O. TONEY, JR., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:10-cv-299 |
| ) | |
| MARK RAULSTON, BRAIN WOODS, ) | Judge Mattice |
| and JOHN DOES 1-5, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## ORDER

Federal Rule of Civil Procedure 4(m) provides, in pertinent part, as follows:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The complaint in this case was filed on November 3, 2010 [Court Doc. 2]. More than 120 days have passed since the complaint was filed, but there is no evidence in the record to suggest that Plaintiff has served any of the defendants with a copy of the complaint and a summons. Although Plaintiff's *in forma pauperis* application was granted and the Court directed the United States Marshal to serve the Defendants [Court Doc. 3], Plaintiff did not complete the forms properly and service did not issue.

Accordingly, Plaintiff Charles Toney, Jr. is **ORDERED** to file on or before Friday, April 8, 2011, a response showing good cause why his complaint should not be dismissed

as to all Defendants pursuant to Rule 4(m).  Plaintiff is hereby put **ON NOTICE** that if he does not timely file a response showing good cause, his complaint may be dismissed.

**SO ORDERED** this 7th day of March, 2011.

                                                /s/Harry S. Mattice, Jr.
                                       HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE